THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* IRVING FREEDMAN, Appellant.

*Crimes — larceny in first degree — judgment of conviction affirmed.*

People v. *Freedman*, 223 App. Div. 810, affirmed.

(Argued June 12, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 13, 1928, which affirmed a judgment of the Monroe County Court rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Robert Averill* and *Charles A. Oberwager* for appellant.

*William F. Love*, District Attorney (*Charles J. Mondo* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.